**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM A. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 1:17-cv-07823 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that all matters in controversy in this matter have been settled under terms that remain confidential, and, therefore, this cause should be dismissed with prejudice, with each side bearing their own costs and attorney's fees, and that an order to that effect may be entered without further notice.

Dated: September 20, 2018

AGREED:

| WILLIAM A. ROGERS | NORFOLK SOUTHERN RAILWAY CO. |
|---|---|
| /s/ Carl Kessinger | /s/Danielle M. Kays |
| One of His Attorneys | One of Its Attorneys |
| | |
| Carl Kessinger | Christopher J. DeGroff |
| Eric Holland | Erin Dougherty Foley |
| Holland Law Firm | Danielle M. Kays |
| 300 North Tucker Boulevard, Suite 801 | Seyfarth Shaw LLP |
| St. Louis, Missouri 61301 | 233 S. Wacker Drive, Suite 8000 |
| (314) 241-8111 | Chicago, Illinois 60606-6448 |
| | (312) 4600-5000 |
| Eileen M. O'Connor | |
| O'Connor Law Group, LLC | |
| 140 S. Dearborn, Suite 320 | |
| Chicago, Illinois 60603 | |
| (312) 236-1814 | |

1